IN THE COURT OF UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No.: 12-00084 |
| vs. ) | |
| ) | |
| LASHAUN BROWN, ) | |
| ) | |
| DEFENDANT ) | |

## ORDER OF COURT

AND NOW this 18th day of May, 2012, upon consideration of the within Motion to Travel, it is hereby GRANTED. Defendant is permitted to travel from the Western District of Pennsylvania to New Orleans, Louisiana from June 27, 2012 to July 1, 2012.

BY THE COURT:

_____